Gilbert G. Robinson, Plaintiff, v. M. L. Jarvis, d/b/a Mel Jarvis Construction Company, Weber Flour Mills Company, a Corporation; John Vanier, et al., Defendants.

Weber Flour Mills Company, Econo-Flo Bulk Flour Service, and John Vanier, Counterplaintiffs Appellants, v. M. L. Jarvis, d/b/a Mel Jarvis Construction Company, Counterdefendant Appellee.

Gen. No. 47,942.

First District, Second Division.

July 26, 1960.

Rehearing denied September 12, 1960.

Van Duzer, Gershon, and Jordan, of Chicago (Louis Gershon and Horace W. Jordan, of counsel) for counterplaintiffs appellants; Morris, Liss, Arnold, and Hennessy, of Chicago (V. J. Liss, of counsel) for counterdefendant appellee, and Norman Peters and John G. Phillips, of Chicago, for plaintiff-appellee. Opinion by JUSTICE BRYANT. Not to be published in full.